IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

FILED

MAR 1 5 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

No. 16-51380

Consolidated With
Case No. 17-50779

SENTRY SELECT INSURANCE COMPANY,

        Plaintiff - Appellee

A True Copy
Certified order issued Mar 15, 2018

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

v.

CIRCLE BAR A, INCORPORATED; DROUGHT TRANSPORTATION,
L.L.C.; CRAIG R. GOECKERITZ,

        Defendants - Appellants

Appeals from the United States District Court
for the Western District of Texas
5: 15-CV-890-RCL

O R D E R :

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT